**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JANIS ROSEEN, on behalf of herself and all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION, UPSHER-SMITH LABORATORIES, and AMERICAN HOME PRODUCTS CORP.,<br><br>DEFENDANTS. | CASE NO. 01-962 JRT/FLN |

**STIPULATION TO STAY OF PROCEEDINGS PENDING DECISION OF MDL PANEL; ORDER THEREON**

Whereas, this action was removed to this Court from Hennepin County District Court on May 30, 2001; and

Whereas, defendant Schering-Plough Corporation ("Schering") filed a motion with the Judicial Panel on Multidistrict Litigation ("MDL Panel") to transfer this case, along with other related cases, to the U.S. District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings; and

Whereas, the MDL Panel has not yet ruled on the pending motion to transfer,

The parties, through their undersigned counsel, stipulate and agree that the Court may enter the following Order staying all proceedings in this matter pending a ruling by the MDL Panel and by this Court or such transferee court to which this matter may be transferred.

FILED JUN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 14, 2001

/s/ Michael A. Lindsay

Michael A. Lindsay (#163466)
DORSEY & WHITNEY
220 South 6th St.
Minneapolis, MN 55402,
Telephone: (612) 340-7819
Facsimile: (612) 340-2688

Attorneys for Defendant
SCHERING-PLOUGH CORPORATION

OF COUNSEL:

John W. Nields
Alan M. Wiseman
Laura S. Shores
HOWREY SIMON ARNOLD
& WHITE, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800

/s/ Edward F. Fox

Edward F. Fox (#3132X)
OPPENHEIMER WOLFF & DONELLY
Plaza VII, Suite 3300
49 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Attorneys for Defendant
UPSHER-SMITH LABORATORIES, INC.

OF COUNSEL:

Robert D. Paul
Christopher M. Curran
Peter J. Carney
WHITE & CASE LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3662

/s/ John D. French

John D. French (#31914)
FAEGRE & BENSON LLP
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Defendant
AMERICAN HOME PRODUCTS
CORPORATION

OF COUNSEL:

Dan K. Webb
Robert L. Michels
Nancy L. Carey
Jefferey A. Leon
Sherri R. Lamb
Jon T. Alexander
WINSTON & STRAWN
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

OF COUNSEL:

Greg McEwen (#0273843)
THE MCEWEN LAW FIRM P.L.L.C.
1600 Pioneer Building
336 North Robert Street
St. Paul, MN 55101
(651) 224-3833

Britt L. Tinglum
KELLER ROHRBACK LLP
1201 Third Avenue South, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900

Richard A. Lockridge (#64117)
Robert K. Shelquist (#21310X)
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Attorneys for Plaintiff
JANIS ROSEEN

**ORDER STAYING PROCEEDINGS**

Based on the foregoing stipulation, and the Court having been advised in the premises, it is hereby ORDERED that all motions, discovery, and other proceedings in this matter shall be and hereby are STAYED pending a ruling by the Judicial Panel on Multidistrict Litigation on the pending motion to transfer this case. Upon ruling by that panel, the parties (a) shall comply with any order issued by the panel with respect to discovery proceedings, or (b) shall confer and propose a further order to the Court in which further proceedings are to be had.

The Honorable John R. Tunheim, Judge
United States District Court
For the District of Minnesota

5/21/2001