UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Janis Roseen,

Plaintiff,

v.

Schering-Plough Corporation,
Upsher-Smith Laboratories, Inc.,
and American Homes Products Corp.,

Defendants.

Civil 01-962 JRT/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: June 26, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

JUN 26 2001
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate Judge on this case, the case has now been reassigned to Magistrate Judge Jonathan G. Lebedoff.

Roseen vs. Schering-Plough Corp., et al

NEW CASE NUMBER CIVIL 01-962 JRT/JGL

Use this case number for all further filings.