A CERTIFIED TRUE COPY
SEP 24 2001
ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
SEP - 6 2001
FILED
CLERK'S OFFICE

*DOCKET NO. 1419*

Civ 01-4587 (JAG, JR)

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

FILED
SEP 27 2001
AT 8:30 ..............M
WILLIAM T. WALSH
CLERK

*IN RE K-DUR ANTITRUST LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

Roseen v Schering-Plough Corp., et al., D. Minnesota, CA. 0:01-962

On August 15, 2001, the Panel transferred seven civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable Joseph A. Greenaway, Jr.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Greenaway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of August 15, 2001, and, with the consent of that court, assigned to the Honorable Joseph A. Greenaway, Jr.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
SEP 24 2001
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By .................... Deputy Clerk

FILED ... 2001
RICHARD ... CLERK
JUDGMENT ENTD ...
DEPUTY CLERK

13

# SCHEDULE CTO-1 -- TAG ALONG CASES
# DOCKET NO. 1419
# IN RE K-DUR ANTITRUST LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | | |
|---|---|---|---|---|
| ARIZONA | | | | |
| AZ | 2 | 01-1392 | Pietsch v. Schering-Plough Corp., et al. | |
| CALIFORNIA NORTHERN | | | | |
| CAN | 3 | 01-2432 | Brown v. Schering-Plough Corp., et al. | |
| LOUISIANA EASTERN | | | | |
| LAE | 2 | 01-2127 | Harris v. Schering-Plough Corp., et al. | |
| MINNESOTA | | | | |
| MN | 0 | 01-962 | Roseen v. Schering-Plough Corp., et al. | |
| NORTH DAKOTA | | | | |
| ND | 1 | 01-71 | Hannu v. Schering-Plough Corp., et al. | |
| TENNESSEE WESTERN | | | | |
| ~~TNW~~ | ~~2~~ | ~~01-2403~~ | ~~Bellows v. Schering-Plough Corp., et al.~~ | Opposed |
| TEXAS EASTERN | | | | |
| TXE | 1 | 01-330 | Arkansas Carpenters v. Schering-Plough Corp., et al. | |
| WISCONSIN EASTERN | | | | |
| WIE | 2 | 01-641 | Feider v. Schering-Plough Corp., et al. | |
| WEST VIRGINIA NORTHERN | | | | |
| WVN | 5 | 01-84 | Morgan v. Schering-Plough Corp., et al. | |

# INVOLVED COUNSEL LIST (CTO-1)
# DOCKET NO. 1419
# IN RE K-DUR ANTITRUST LITIGATION

Jennifer S. Abrams
Berman, DeValerio, Pease
& Tabacco
425 California Street
Suite 2025
San Francisco, CA 94104

Leo Bearman, Jr.
Baker, Donelson, Bearman
& Caldwell
First Tennessee Bank Building
20th Floor
165 Madison Avenue
Memphis, TN 38103

John J. Bouma
Snell & Wilmer
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004

Timothy J. Burke
Fennemore Craig, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012

Peter J. Carney
White & Case, LLP
601 Thirteenth Street, N.W.
Suite 600 S.
Washington, DC 20005

Steven W. Copley
Gordon, Arata, et al.
201 St. Charles Avenue
Suite 4000
New Orleans, LA 70170

Christopher M. Curran
White & Case, LLP
601 Thirteenth Street, N.W.
Suite 600 S.
Washington, DC 20005

Scott E. Delacroix
Adams & Reese
4500 One Shell Square
New Orleans, LA 70139

Stephen B. Farmer
Farmer, Cline & Arnold
P.O. Box 3842
Charleston, WV 25338

Burton H. Finkelstein
Finkelstein, Thompson
& Loughran
The Foundry Bldg.
1055 Thomas Jefferson St., N.W.
Washington, D.C. 20007

Edward F. Fox
Oppenheimer, Wolff
& Donnelly
3400 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402

John D. French
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Joseph Goldberg
Freedman, Boyd, Daniels,
Hollander, Goldberg & Cline
20 First Plaza, Suite 700
Albuquerque, NM 87102

Karen E. Kahle
Steptoe & Johnson, L.L.P.
P.O. Box 150
Wheeling, WV 26003

Ron Kilgard
Dalton, Gotto, Samson
& Kilgard, PLC
Suite 900
National Bank Plaza
3101 North Central Avenue
Phoenix, AZ 85012

Daniel S. Kuntz
Zuger, Kirmis, Bolinske & Smith
316 North 5th Street
P.O. Box 1695
Bismarck, ND 58502

Yolonda G. Lambert
Schrader, Byrd, Companion
& Gurley
The Maxwell Centre
32 - 20th Street, Suite 500
Wheeling, WV 26003

J. Brook Lathram
Burch, Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103

William H. Levit, Jr.
Godfrey & Kahn
780 N. Water Street
Suite 1600
Milwaukee, WI 53202

Michael A. Lindsay
Dorsey & Whitney
Pillsbury Center South
220 South 6th Street
Minneapolis, MN 55402

Roberta D. Liebenberg
Fine, Kaplan & Black
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103

Richard A. Lockridge
Lockridge, Grindal, Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Joseph E. Mais
Brown & Bain, P.A.
P.O. Box 400
Phoenix, AZ 85001

Marsha M. Mansfield
Lawton & Cates
10 E. Doty St., Suite 400
P.O. Box 2965
Madison, WI 53701

# INVOLVED JUDGES LIST (CTO-1)
# DOCKET NO. 1419
# IN RE K-DUR ANTITRUST LITIGATION

Hon. Helen Ginger Berrigan
U.S. District Judge
C-566 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

Hon. Howell Cobb
Senior U.S. District Judge
P.O. Box 632
Beaumont, TX 77704

Hon. Patrick A. Conmy
Senior U.S. District Judge
P.O. Box 1578
Bismarck, ND 58502

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102

Hon. Irene M. Keeley
Chief Judge
U.S. District Court
P.O. Box 2808
Clarksburg, WV 26302

Hon. J.P. Stadtmueller
Chief Judge
U.S. Courthouse & Fed. Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. James A. Teilborg
U.S. District Judge
3077 U.S. Courthouse
230 North First Aveue
Phoenix, AZ 85025

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**INVOLVED CLERKS LIST (CTO-1)**
**DOCKET NO. 1419**
**IN RE K-DUR ANTITRUST LITIGATION**

David J. Maland
104 Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street
Beaumont, TX 77701

Edward J. Klecker
P.O. Box 1193
Bismarck, ND 58502

Francis E. Dosal
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Loretta G. Whyte
C-151 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

Richard H. Weare
1400 U.S. Courthouse
230 North First Ave.
Phoenix, AZ 85025

Richard W. Wieking
Phillip Burton U.S. Courth...
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102

~~Robert R. Di Trolio~~
~~242 Clifford Davis Federal Building~~
~~167 North Main Street~~
~~Memphis, TN 38103~~

Sofron B. Nedilsky
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Wally A. Edgell
P.O. Box 471
Wheeling, WV 26003

INTERNAL USE ONLY: Events between 10/10/01 and 10/10/01.
0:01cv962 Roseen v. Schering-Plough Corp, et al

TRMNTC MDL REFER TRANSF

TRMNTC MDL REFER TRANSF

U.S. District Court
District of Minnesota

CIVIL DOCKET FOR CASE #: 01-CV-962

Roseen v. Schering-Plough Corp, et al
Filed: 05/30/01
Assigned to: Judge John R Tunheim
Referred to: Magistrate Judge Jonathan G Lebedoff
Demand: $0,000
Nature of Suit: 410
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 15:1 Antitrust Litigation

| | | |
|---|---|---|
| 10/10/01 | 13 | CONDITIONAL TRANSFER ORDER (Judicial Panel on Multidistrict Litigation / 9/24/01) Case transferred to Dist of: New Jersey, Newark, transferring case per the MDL panel as a tag along case to the K-Dur Antitrust Litigation, Docket No. 1419, ( Civil No. 01-4587JAD, Jr.) termination notice 1pg(s) (cc: all counsel) (dl) [Entry date 10/12/01] |
| 10/10/01 | -- | Mailed original clerk's filed, by certified mail, along with certified copies of Conditional Transfer Order and docket entries to the Clerk's Office, U.S. District Court for the District of New Jersey, Martin Luther King, Jr., Federal Building & U.S. Courthouse, 50 Walnut Street, P.O. Box 419, Newark, NJ 07101-0419 (dl) [Entry date 10/12/01] |